UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

$77,773.46 IN FUNDS FROM CITIZENS
BANK ACCOUNT #4536135256, et al.,

       Defendants.
_____/

File No. 1:12-CV-00495

Hon. Paul L. Maloney
Chief U.S. District Judge

**PARTIAL JUDGMENT OF FORFEITURE BY DEFAULT**

    This cause is before the Court on Plaintiff United States's Motion for Partial Judgment of Forfeiture by Default for the following property listed within the Government's Verified Complaint for Forfeiture in Rem:

| Item Seized | Agency Forfeiture Number |
|---|---|
| p. $2,896.53 in Funds from Bank of America Account. #375000752313, in the name of Daniel Crowell ("Account 16"); | 12-FBI-001384 |
| q. $1,778.16 in Funds from JP Morgan Chase Account #3002286833, in the name of Farai Chiwocha ("Account 17"); | 12-FBI-001416 |
| r. $1,733.50 in Funds from JP Morgan Chase Account #937499283, in the name of Farai Chiwocha ("Account 18"); | 12-FBI-001418 |
| s. $5,891.48 in Funds from Woodforest National Bank Account #1684312729 in the Name of Farai Chiwocha ("Account 19"); | 12-FBI-001492 |

| | |
|---|---|
| t. $1,804.40 in Funds from Woodforest National Bank Account #1733338675 in the Name of Farai Chiwocha ("Account 20"); | 12-FBI-001492 |
| y. One 2009 BMW X6 Sport Utility Vehicle, VIN 5UXFG83559LZ93470 ("Conveyance 4"); | 12-FBI-001408 |
| z. One 2008 Ford Mustang, White in Color, VIN 1ZVHT82HX85148292 ("Conveyance 5"); | 12-FBI-001406 |

It further appearing that publication has been duly made in this matter, and that due notice was given; accordingly, the Court finds:

1. That process was duly issued in this case and that the items listed in the preceding chart were duly seized by the Federal Bureau of Investigation;

2. That no person has filed a claim or answer to the items listed in the above chart; and,

3. That the allegations of the Complaint are taken as admitted with respect to the aforementioned items.

Based upon the above and the Court being otherwise fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED**

1. That judgment of forfeiture by default is hereby entered against Accounts 16 - 20, Conveyance 4, and Conveyance 5.

2. That all persons claiming any right, title or interest in Accounts 16 - 20, Conveyance 4, and Conveyance 5 are held in default.

3.      That Accounts 16 - 20, Conveyance 4, and Conveyance 5 are hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) because they constitute or are derived from proceeds traceable to mail fraud and wire fraud, in violation of 18 U.S.C. §§ 1341 and 1343 and conspiracy to commit mail fraud and wire fraud in violation of 18 U.S.C. § 1349.

4.      That Account 16 and Conveyances 4 and 5 are also forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) because they were involved in transactions or attempted transactions in violation of 18 U.S.C. § 1957 and a conspiracy in violation of 18 U.S.C. § 1956(h).

5.      That all right, title and interest to the property listed in the above chart is hereby condemned, forfeited, and vested in the United States of America and shall be disposed of by the United States Marshals Service according to applicable law and regulations.

Dated: September 27, 2012         /s/  Paul L. Maloney
                                  PAUL L. MALONEY
                                  Chief U.S. District Judge